IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT GIBENS d/b/a LMB PROPERTIES, LLC            PLAINTIFF

VS.            CAUSE NO: 3:23cv248 MPM-RP

STATE FARM FIRE AND CASUALTY COMPANY            DEFENDANT

## ORDER GRANTING JOINT MOTION TO REMAND

Upon consideration of the parties' Joint Motion to Remand, it is hereby ORDERED that this case and all its claims are REMANDED to the Circuit Court of Calhoun County, Mississippi.

SO ORDERED, this the 10th day of August, 2023.


           /s/Michael P. Mills
           UNITED STATES DISTRICT COURT JUDGE